# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

AARON J. HANCOX,                          )
                                          )
                    Plaintiff,            )
                                          )
-vs-                                      )          Case No. CIV-18-1049-F
                                          )
JUDGE TOM LUCAS, D.A.                     )
CHRISTY MILLER and                        )
CLEVELAND COUNTY DISTRICT                 )
COURT,                                    )
                                          )
                    Defendants.           )

## ORDER

Plaintiff Aaron J. Hancox, a state prisoner appearing *pro se* and *in forma pauperis*, brings this action pursuant to 42 U.S.C. § 1983 seeking money damages against former Cleveland County District Judge Tom Lucas (now deceased), Cleveland County District Attorney Christy Miller, and the Cleveland County District Court. Plaintiff has also moved for appointment of counsel. Doc. no. 8.

The Report and Recommendation submitted by Magistrate Judge Bernard M. Jones (The Report, doc. no. 13) recommends, upon initial screening, that the court dismiss with prejudice the claims alleged in this action. The Report also notes that adoption of the Report will moot plaintiff's motion for appointment of counsel.

The Report advises the parties that any objection to the Report must be filed by January 9, 2019, and that failure to make timely objection waives the right to appellate review of the factual and legal issues addressed in the Report. No objection to the Report has been filed and no request has been made for an extension of time within which to object or otherwise respond to the Report.

Having reviewed the detailed Report and with no objection to the Report having been filed, the court concurs in the recommended rulings stated in the Report and finds that no purpose would be served by any further discussion here.

The Report (doc. no. 13) is therefore **ACCEPTED**, **ADOPTED** and **AFFIRMED**. As recommended in the Report, the claims alleged in this action are **DISMISSED** with prejudice, and plaintiff's motion for appointment of counsel (doc. no. 8) is **STRICKEN** as moot.

IT IS SO ORDERED this 28th day of January, 2019.


STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE


18-1049p001.docx